**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-7737**

———————

JAMES D. RICH,

                                        Petitioner - Appellant,

        versus

STEPHEN DOTSON,

                                        Respondent - Appellee.

———————

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  Terrence W. Boyle, Chief
District Judge.  (CA-00-658)

———————

Submitted:  February 5, 2002        Decided:  February 13, 2002

———————

Before WIDENER, NIEMEYER, and LUTTIG, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

James D. Rich, Appellant Pro Se.  Clarence Joe DelForge, III,
OFFICE OF THE ATTORNEY GENERAL OF NORTH CAROLINA, Raleigh, North
Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

James D. Rich seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Rich v. Dotson, No. CA-00-658 (E.D.N.C. Sept. 25, 2001). We deny Rich's motion for appointment of counsel and his motion to compel. We also deny leave to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2